# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

November 7, 2005

Before

**Hon.** RICHARD A. POSNER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** ILANA DIAMOND ROVNER, Circuit Judge

| | |
|---|---|
| JAMES BRILL, *Plaintiff-Respondent,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| **No.** 05-8024 v. COUNTRYWIDE HOME LOANS, INC., *Defendant-Petitioner.* | No. 05 C 2713 John W. Darrah, *Judge.* |

## Order

The slip opinion of this court issued on October 20, 2005, is amended as follows:

Delete the word "unsolicited" appearing on page 2, line 3, and on page 6, line 4.